[No. 28892-3-II.   Division Two.   November 25, 2003.]

*In the Matter of the Parentage of* N.R.B.

SHERRI ELIZABETH BARRETT, *Appellant*, v. GEORGE
ALAN DOOR, *Respondent*.

Appeal from a judgment of the Superior Court for
Thurston County, No. 00-5-50214-0, Paula Casey, J., en-
tered June 5, 2002. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Hunt, C.J., and Seinfeld, J.

[No. 29010-3-II.   Division Two.   November 25, 2003.]

FRANCISCAN MEDICAL GROUP, ET AL., *Respondents*, v. PREMERA
BLUE CROSS, ET AL., *Appellants*.

The unpublished opinion in this cause was *withdrawn* by
order of the Court of Appeals dated July 13, 2004. Substi-
tute opinion filed. See 122 Wn. App. 1045.

[No. 29645-4-II.   Division Two.   November 25, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RYAN GLENN
HITCHNER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-1-00554-5, Kitty-Ann van Doorninck,
Katherine M. Stolz, Brian M. Tollefson, and Sergio Armijo,
JJ., entered November 14, 2002. *Affirmed* by unpublished
opinion per Bridgewater, J., concurred in by Morgan and
Seinfeld, JJ.